NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2009-5095, -5097

HOMER J. HOLLAND
and STEVEN BANGERT (Co-Executor of the Estate of Howard R. Ross),

Plaintiffs-Appellees,

and

FIRST BANK,

Plaintiff-Cross Appellant,

v.

UNITED STATES,

Defendant-Appellant.

Appeals from the United States Court of Federal Claims
in 95-CV-524, Judge George W. Miller.

ON MOTION

## O R D E R

Upon consideration of the United States' motion for an extension of time, until February 10, 2010, to file its reply brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JAN 0 4 2010

_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: David B. Bergman, Esq.
Jeanne E. Davidson, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 0 4 2010

JAN HORBALY
CLERK